# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

**In re: Ralph E. and Tammy L. Schwartz, Debtor**  　　　CHAPTER 13
　　　　　　　　　　　　　　　　　　　　　　　　　　　　CASE NO.  11-31580-DOT

Tammy L. Schwartz, Individually


**Carl Bates, ESQUIRE, TRUSTEE**

**Defendants**

### JOINT DEBTOR'S MOTION FOR BIFURCATION OF CASE

Comes Now, Joint Debtor, Tammy L. Schwartz, solely, and makes motion that this case be bifurcated and that she be allowed to continue in an individual chapter 13.  As grounds for this motion, Tammy L. Schwartz states as follows:


1. The debtors, Ralph and Tammy Schwartz, are currently separated and plan to divorce.

2. Tammy Schwartz best interests are not being served by the terms of the current chapter 13 plan in this case and, in order to meet her current needs in the case, she believes it is in her best interest to be in an individual chapter 13 case.

3. 　　　　　　　　　　　　　　　TAMMY L. SHWARTZ


　　　　　　　　　　　　By:　/s/   Ellen P. Ray
　　　　　　　　　　　　　　　Ellen P. Ray




We ask for this:


 /s/ Ellen P. Ray
Ellen P. Ray, Esq.
1701 W. Main Street
Richmond, VA 23220
(804) 355-1800
Va. Bar No. 32286

    _/s/ <u>Tammy L. Schwartz</u>_____
    Tammy L. Schwartz
    Joint Debtor

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Motion for Bifarcation of Case was mailed, by first class mail, or sent electronically, this __13th__ day of _May____, 2013____, to Carl Bates, Trustee, PO Box 1819, Richmond, VA, 23218-1819; Hartley Roush, Esq. 9830 Lori Road, PO Box 1839, Chesterfield, VA 23832 and all other parties of interest pursuant to Local Rule 9022 and as listed on the attached list of creditors.

                                      _/s/Ellen P. Ray_____
                                          Ellen P. Ray

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

**In re: Tammy L. Schwartz,** DEBTOR     **CHAPTER 13**
    **CASE NO. 11-31580-DOT**

**Carl Bates, ESQUIRE, TRUSTEE**

**Defendants**

## NOTICE OF MOTION

**Notice of Motion**

Tammy L. Schwartz, Debtor, has filed papers with the Court to Birfurcate her chapter 13 from the now joint case with her husband..

Your rights may be affected. **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the objection to claim, or if you want the Court to consider your view on the motion, then on or before June 3, 2013, you or your attorney must:

> File with the Court, at the address shown below, a written response pursuant to Fed. Rules of Bankruptcy Procedure Section 2002(a)(2) and Local Bankruptcy Rule 9013. If you mail your response to the court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.

> Clerk of Court
> United States Bankruptcy Court
> 701 E. Broad Street, Rm 4000
> Richmond, VA 23219

> You must also mail a copy to:

> Attorney for Debtor
> Ellen P. Ray
> 1701 W. Main Street
> Richmond, VA 23220

**No Hearing has been set on this matter. If a timely objectin or response to this motion is filed then a hearing will be set at the United States Bankruptcy Court, 701 E. Broad Street, Rm 5000, Richmond, VA 23219. No appearance is necessary unless you have filed a written response to this motion and are objecting to the granting of the motion by the Court.**

If you or your attorney do not take these steps, the Court may decide that you do not oppose the motion.

    /s/ Ellen P. Ray

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

**In re: Tammy L. Schwartz,** DEBTOR     **CHAPTER 13**
    **CASE NO. 11-31580-DOT**

**Carl Bates, ESQUIRE, TRUSTEE**

**Defendants**

## NOTICE OF MOTION

**Notice of Motion**

Tammy L. Schwartz, Debtor, has filed papers with the Court to Birfurcate her chapter 13 from the now joint case with her husband..

Your rights may be affected. **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the objection to claim, or if you want the Court to consider your view on the motion, then on or before June 3, 2013, you or your attorney must:

> File with the Court, at the address shown below, a written response pursuant to Fed. Rules of Bankruptcy Procedure Section 2002(a)(2) and Local Bankruptcy Rule 9013. If you mail your response to the court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.

> Clerk of Court
> United States Bankruptcy Court
> 701 E. Broad Street, Rm 4000
> Richmond, VA 23219

> You must also mail a copy to:

> Attorney for Debtor
> Ellen P. Ray
> 1701 W. Main Street
> Richmond, VA 23220

**No Hearing has been set on this matter. If a timely objectin or response to this motion is filed then a hearing will be set at the United States Bankruptcy Court, 701 E. Broad Street, Rm 5000, Richmond, VA 23219. No appearance is necessary unless you have filed a written response to this motion and are objecting to the granting of the motion by the Court.**

If you or your attorney do not take these steps, the Court may decide that you do not oppose the motion.

    /s/ Ellen P. Ray

Ellen P. Ray, Esquire  Date:    5-13-2013
1701 W. Main Street
Richmond, VA 23220
(804) 355-1800
Va. State Bar No. 32286

Certificate of Service

I certify that a copy of the foregoing Notice of Motion was mailed, by first class mail, or sent electronically, the 13th day of May, 2013, to the following parties:

Office of the US Trustee
701 E. Broad Street, Rm 4304
Richmond, VA 23219

Carl Bates, Trustee
P.O. Box 1819
Richmond, VA 23218-1819

Ralph E. Schwartz
8311 Roxbury Road
Charles City, VA 23030

Hartley Roush, Esq.
9830 Lori Rd.
PO Box 1839
Chesterfield, VA 23832

  /s/ Ellen P. Ray

Schwartz, Tammy - 11-31580

Office of the US Trustee
701 E. Broad Street, Ste 4304
Richmond, VA 23219

Check City
Collections Dept
PO Box 970183
Orem, UT 84097

Omni Credit Services
333 Bishops Way Ste 100
Chesterfield, MO 63005-6209

AFNI
PO Box 3427
Bloomington, IL 61702-3427

Commonwealth Radiology, PC
1508 Willow Lawn Dr, Ste 117
Richmond, VA 23230

Palisades Collections
210 Sylvan Avenue
Englewood Cliffs, NJ 07632-2524

Allied Cash Advance
11 S. Airport Drive Unit2
Henrico, VA 23075

Credit Adjustment Board
306 East Grace Street
Richmond, VA 23219

Radiology Assocs of Richmond
2602 Buford Rd.
Richmond, VA 23235

Alltel
P.O. Box 8130
Little Rock, AR 72203-8103

DirectTV
PO Box 6550
Englewood, CO 80155

Regional Acceptance Corp
PO Box 830913
Birmingham, AL 35283

Appomatox Regional Library
209 E. Cawson Street
Hopewell, VA 23860

Fidelity Properties
220 E. Main Street
Pacific Palisades, CA 90272

Tansworld Systems
1608 Spring Hill Rd. #100
Vienna, VA 22182

Aqua Finance, Inc
P.O. Box 101928
Dept 612
Birmingham, AL 35210

Focused Recovery Solutions
9701 Metropolitan Court
Suite B
Richmond, VA 23236

Unique National Collections
119 E. Maple St.
Jeffersonville, IN 47130

Balance and Ear Center
10200 Three Chopt Rd.
Henrico, VA 23233

Hanover Emergency Associates
PO Box 2080
Kilmarnock, VA 22482

Virginia Emergency Physicians
75 Remittance Drive #1151
Chicago, IL 60675-1151

Bierman, Geesing & Ward, LLC
4520 East West Highway,
Suite 200
Bethesda, MD 20814

John Randolph Medical Center
PO Box 740760
Cincinnati, OH 45274-0760

West Asset Managment
PO Box 790113
Saint Louis, MO 63179

Capio Partners, LLC
2222 Texoma Pkwy Ste 150
Sherman, TX 75090

Mason Easy Pay
PO Box 77001
Madison, WI 53707

Chase Home Finance
PO Box 78116
Phoenix, AZ 85062-8116

NCO Financial Services
507 Prudential Road
Horsham, PA 19044